IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COTTON JOE JONES,

        Petitioner,                  No. CIV S-07-0176 WBS GGH P

    vs.

STATE OF CALIFORNIA,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is incarcerated in Riverside County and was convicted in San Bernardino County. Both Riverside County and San Bernardino County are in an area embraced by the United States District Court for the Central District of California.

        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

1 | Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 | United States District Court for the Central District of California. 28 U.S.C. § 2241(d); 28
3 | U.S.C. § 1406(a).
4 | DATED: 3/16/07                              /s/ Gregory G. Hollows
5 |                                              UNITED STATES MAGISTRATE JUDGE
6 | jo176.tra